AO 450 (Rev. 11/11)  Judgment in a Civil Action

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

# UNITED STATES DISTRICT COURT

**Sep 12, 2024**

for the
Eastern District of Washington

SEAN F. McAVOY, CLERK

JARED ANTHONY WINTERER

)
)
*Plaintiff*  )
v.  )  Civil Action No.  2:24-CV-00180-RMP
UNITED STATES  )
)

*Defendant*

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐  the plaintiff *(name)* _____ recover from the
defendant *(name)* _____ the amount of
_____ dollars ($ _____ ), which includes prejudgment
interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐  the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____
_____ recover costs from the plaintiff *(name)* _____
_____ .

☑  other:  Pursuant to the Court Order at ECF No. 9, this action is DISMISSED WITHOUT PREJUDICE for non-payment of the
filing fee as required by 28 U.S.C. § 1914.
Judgment of Dismissal without prejudice is entered.

This action was *(check one)*:

☐  tried by a jury with Judge _____ presiding, and the jury has
rendered a verdict.

☐  tried by Judge _____ without a jury and the above decision
was reached.

☑  decided by Judge  Rosanna Malouf Peterson. _____

Date:  9/12/2024 _____

*CLERK OF COURT*

SEAN F. McAVOY _____

s/ Brian Molony _____
*(By) Deputy Clerk*

Brian Molony _____